**FILED**
Mar 29, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF (1) JEEP GRAND CHEROKEE WITH CA LICENSE PLATE 8NLA166 (VIN: 1C4RJEAG9FC174881); AND (2) CHEVROLET TAHOE WITH CA LICENSE PLATE 5FOV697 (VIN: 1GNEC13T61R199312). | CASE NO. 1:22-sw-00170-SAB<br><br>SEALING ORDER<br><br>**FILED UNDER SEAL** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Application for Tracking Warrants and Tracking Warrants in the above-captioned case be kept under seal until further order of the court.  The court finds that:  (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

Date: **Mar 28, 2022**

HON. STANLEY A. BOONE
United States Magistrate Judge

ORDER

1